1
2
3
4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7
  SHASHI KHANNA, suing individually )
8 and as Successor in Interest of    )
  Amankumar Khanna, deceased, by and )   2:09-cv-2214-GEB-GGH
9 on behalf of Amankumar Khanna, all )
  others similarly situated, and the )   ORDER CONTINUING STATUS
10 general public,                   )   (PRETRIAL SCHEDULING)
                                     )   CONFERENCE; FED. R. CIV.
11              Plaintiffs,          )   P. 4(m) NOTICE
          v.                         )
12                                   )
  INTER-CON SECURITY SYSTEMS, INC., a)
13 California Corporation D/B/A      )
  HEALTHCARE SECURITY SERVICES GROUP,)
14 a putative independent entity;    )
  ENRIQUE HERNANDEZ, JR., an         )
15 individual; NEIL MARTAU, an       )
  individual; LANCE MILLER, an       )
16 individual; ROLAND A. HERNANDEZ, an)
  individual; PAUL R. MILLER, an     )
17 individual; MICHAEL P. MACHARG, an )
  individual; JEANNE GERVIN, an      )
18 individual; MICHAEL SUTKAYTIS, an  )
  individual; JANA FANNING, an       )
19 individual; CATHERINE ROSS, an    )
  individual; LINDA SAYAD, an        )
20 individual; MARK CHAMBERLAIN, an  )
  individual; and JAMES LATHAM, an   )
21 individual,                       )
                                     )
22              Defendants.          )
                                     )
23 _____

24         The parties' Status Report filed October 19, 2009 reveals

25 this case is not ready to be scheduled.  Therefore, the Status

26 (Pretrial Scheduling) Conference set for November 2, 2009 is

27 continued to January 19, 2010 at 9:00 a.m.  A further joint status

28

1  report shall be filed no later than fourteen (14) days prior to the
2  Status Conference.[1]

3  Further, Plaintiffs are **notified under Rule 4(m)** of the
4  Federal Rules of Civil Procedure **that any defendant not served with**
5  **process within the 120 day period prescribed in that Rule will be**
6  **dismissed as a defendant in this action unless Plaintiffs provide**
7  **proof of service and/or "shows good cause for the failure" to serve**
8  **within this prescribed period in a filing due no later than 4:00**
9  **p.m. on** December 10, 2009.

10  IT IS SO ORDERED.

11  Dated: October 23, 2009

13  _____
     GARLAND E. BURRELL, JR.
14   United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.