IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHASHI KHANNA, et al.,

    Plaintiffs,                    No. CIV S-09-2214 GEB GGH

    vs.

INTER-CON SECURITY SYSTEMS, INC., et al.,

    Defendants.               ORDER

_____/

    This court has considered the Parties' Proposed Stipulated Protective Order.

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulated Protective Order is GRANTED with the following modifications.  The substantive standards set forth by the Ninth Circuit for filing documents under seal are found in <u>Pintos v. Pacific Creditors Ass'n.</u>, 565 F.3d 1106, 1115 (9th Cir. 2009) and <u>Phillips v. General Motors Corp.</u>, 307 F.3d 1206, 1210 (9th Cir. 2002).  With respect to paragraph 10, this order is not binding on other courts.  Paragraph 11 shall not apply to the Court.

    Procedurally, the parties must comply with E. D. Local Rule 141 regarding the sealing of documents.

IT IS SO ORDERED.

DATED: March 22, 2010

                                            /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

GGH:076
Khanna2214.po.wpd