IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASHI KHANNA, suing individually and as Successor in Interest of Amankumar Khanna, deceased, by and on behalf of Amankumar Khanna, all others similarly situated, and the general public,<br><br>    Plaintiffs,<br><br>  v.<br><br>INTER-CON SECURITY SYSTEMS, INC., a California Corporation D/B/A/ HEALTHCARE SECURITY SERVICES GROUP, a putative independent entity; ENRIQUE HERNANDEZ JR., an individual; NEIL MARTAU, an individual; LANCE MUELLER, an individual; ROLAND A. HERNANDEZ, an individual; PAUL R. MILLER, an individual; MICHAEL P. MACHARG, an individual; JEANNE GERVIN; an individual; JANA FANNING, an individual; BRITTANY MOORE, an individual; CATHERINE ROSS, an individual; LINDA SAYAD, an individual; MARK CHAMBERLAIN, an individual; and JAMES LATHAM, an individual,<br><br>    Defendants. | 2:09-cv-02214-GEB-GGH<br><br><u>ORDER GRANTING PRIYANKA KHANNA'S MOTION TO SUBSTITUTE</u>* |

---

  * This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

On July 1, 2010, Priyanka Khanna moved under Federal Rule of Civil Procedure 25(a)(1) to be substituted as a plaintiff in this case in the place of Shashi Khanna, who died on May 4, 2010, during the pendency of this action. (Docket No. 39.) Priyanka Khanna declares that she is Shashi Khanna's natural daughter and successor in interest as defined in section 377.11 of the California Code of Civil Procedure and succeeds to her interest in this proceeding. (Khanna Decl. ¶ 15-16.) Defendants filed a statement of non-opposition, in which they state that they "do not intend to oppose" Priyanka Khanna's motion. (Statement of Non-Opposition 1:8.) Therefore, Priyanka Khanna's motion to substitute is GRANTED.

Dated: August 2, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge