1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  JAMES B. CARR, ESQ. (SBN 53274)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  JEFFREY R. A. EDWARDS, ESQ. (SBN 265597)
   **MASTAGNI, HOLSTEDT, AMICK,**
4  **MILLER & JOHNSEN**
   *A Professional Corporation*
5  1912 "I" Street
   Sacramento, California 95811-3151
6
   Telephone: (916) 446-4692
7  Facsimile: (916) 447-4614

8  Attorneys for Plaintiffs

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 SHASHI KHANNA, suing individually and as ) CASE NO.   2:09-cv-02214-KJM-GGH
   Successor in Interest of Amankumar Khanna, )
12 deceased, by and on behalf of Amankumar ) [CLASS ACTION & COLLECTIVE
   Khanna, all others similarly situated, and the ) ACTION]
13 general public, )
                                                )  **STIPULATION TO CONTINUE**
14                  Plaintiffs                  )  **DATE FOR FILING REQUEST FOR**
                                                )  **APPROVAL OF SETTLEMENT**
15 v.                                           )  **AGREEMENT AND DISMISSAL;**
                                                )  **AND ORDER**
16 INTER-CON SECURITY SYSTEMS, INC., a )
   California Corporation D/B/A/               )  Date:    June 3, 2011
17 HEALTHCARE SECURITY SERVICES )                 Ctrm:    3
   GROUP, a putative independent entity; )        Judge:   Kimberly J. Mueller
18 ENRIQUE HERNANDEZ, JR., an individual; )
   NEIL MARTAU, an individual; LANCE )           Proposed
19 MUELLER, an individual; ROLAND A. )           New Date: June 17, 2011
   HERNANDEZ, an individual; PAUL R. )
20 MILLER, an individual; MICHAEL P. )
   MACHARG, an individual; JEANNE GERVIN, )
21 an individual; MICHAEL SUTKAYTIS, an )
   individual; JANA FANNING, an individual; )
22 BRITTANY MOORE, an individual; )
   CATHERINE ROSS, an individual; LINDA )
23 SAYAD, an individual; MARK )
   CHAMBERLAIN, an individual; and JAMES )
24 LATHAM, an individual,                       )
                                                )
25                  Defendants.                 )

26 ///

27 ///

28

REQUEST FOR CONTINUANCE AND                    KHANNA v. INTER-CON SECURITY
ORDER                                          Case No. 2:09-cv-02214-KJM-GGH

## STIPULATION

The parties are unable to prepare and file the Request for Approval and Dismissal by the date of June 3, 2011, previously ordered by the Court.

The parties respectfully request a short continuance to June 17, 2011, to file the Request for Approval and Dismissal.

The documents and papers cannot be filed in a timely manner due to press of business of both Plaintiffs' and Defendants' respective counsel.

Both Plaintiffs and Defendants are agreeable to this short continuance. The parties have filed previously a Notice of Settlement and have settled the case. [Ct. Doc. No. 48, May 3, 2011] They have also entered in to a Letter Agreement following a successful mediation on March 8, 2011, and they are preparing a formal Settlement Agreement to be filed with the Request for Approval.

This slight delay is fair and reasonable and will not prejudice either the Plaintiffs or the Defendants. This request for a brief continuance is respectfully submitted.

**MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN, P.C.**

Dated: June 1, 2011    By:    /s/ JEFFREY R.A. EDWARDS
                               JEFFREY R.A. EDWARDS
                               Attorneys for Plaintiffs

**PAUL, HASTINGS, JANOFSKY & WALKER, LLP**

Dated: June 1, 2011    By:    /s/ JENNIFER OH
                               JENNIFER Y. OH
                               Attorneys for Defendants

# **ORDER**

GOOD CAUSING APPEARING herein,

IT IS HEREBY ORDERED that the original filing date of June 3, 2011, for the Request for Approval and Dismissal is continued to June 17, 2011.

DATED: June 2, 2011.

_____
UNITED STATES DISTRICT JUDGE