1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 | JAMES B. CARR, ESQ. (SBN 53274)
ISAAC S. STEVENS, ESQ. (SBN 251245)
3 | JEFFREY R. A. EDWARDS, ESQ. (SBN 265597)
**MASTAGNI, HOLSTEDT, AMICK,**
4 | **MILLER & JOHNSEN**
*A Professional Corporation*
5 | 1912 "I" Street
Sacramento, California 95811-3151
6 | Telephone: (916) 446-4692
Facsimile: (916) 447-4614
7 |
Attorneys for Plaintiffs
8 |

9 | UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 |

| | |
|---|---|
| 12 PRIYANKA KHANNA et al., | CASE NO. 2:09-cv-02214-KJM-GGH |
| 13                Plaintiffs, | [FLSA COLLECTIVE ACTION/CLASS ACTION] |
| 14 v. | |
| 15 INTER-CON SECURITY SYSTEMS, INC., a California Corporation D/B/A/ | **NEW SCHEDULE; ORDER** |
| 16 HEALTHCARE SECURITY SERVICES GROUP, a putative independent entity, et al., | |
| 17                Defendants. | |

18 |

19 |

20 | On March 21, 2013, the Court directed the parties to submit a new proposed schedule setting the

21 | same day for objections to settlement and fees, after the completed fee motion has been filed. ECF 63-

22 | 11. The Parties propose the following settlement notice and approval schedule, which is incorporated

23 | into the accompanying Proposed Order.

24 |

25 |

26 |

27 |

28 | ///

---

NEW SCHEDULE

**NEW PROPOSED SCHEDULE**

| | |
|---|---|
| April 20, 2013 (30 days after preliminary approval) | Deadline for Inter-Con to provide Claims Administrator with class data |
| May 20, 2013 (30 days after submission of class data to Claims Administrator) | Deadline for Claims Administrator to mail the Class Notice and Claim Forms to all class members |
| June 19, 2013 (30 days after mailing of Class Notice) | Last day for eligible class members to submit election not to participate in the Settlement |
| June 24, 2013 (No less than 10 days before close of time for class members to submit claims) | Last day for Settlement Administrator to mail a reminder postcard to class members who have not yet submitted claims |
| July 4, 2013 (45 days after mailing of Class Notice) | Last day for class members to submit claims |
| July 3, 2013 (14 days after deadline for submission of the elections to not participate) | Last day for Claims Administrator to the notify the parties of the valid elections not to participate received |
| July 17, 2013 (14 days after the Claims Administrator notifies the parties of the valid elections not to participate received after deadline for submission of the elections to not participate) | Last day for Inter-Con to rescind the Settlement, thus making the Settlement and all actions taken in its furtherance null and void |
| October 2, 2013 (No less than 30 days before the final approval hearing) | Last day for parties to file and serve joint motion for final approval of Settlement, and for Plaintiffs to file request for attorneys' fees, costs, and Class Representative payment |
| October 18, 2013 (No less than 14 days before the final approval hearing) | Last day for class members to submit written objections to the Class Counsel's request for fees and any notices of intent to appear at the final approval hearing and objections to the Settlement and notices of intent to appear at the final approval hearing |
| October 25, 2013 (No less than 5 court days prior to the final approval hearing) | Last day for Class Counsel to file with the Court, a declaration by the Claims Administrator that evidences the Claims Administrator's due diligence in the claims administration process and the responses from the class |

NEW SCHEDULE

KHANNA, et al. v. INTER-CON, et al.
Case No. 2:09-cv-02214-KJM-GGH

i

| November 1, 2013 | Final approval hearing |
|---|---|
| No later than 30 days after the Settlement Effective Date | Last day for Inter-Con to transfer the settlement funds, including any attorneys' fess and costs and service payment the court may award to the Claims Administrator |
| No later than 60 days after the Settlement Effective Date | Last day for the Claims Administrator to disburse settlement amount due to each class member, and any class representative service payment and/or attorneys' fees the Court may award. |

Dated: March 29, 2013                    **MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN**


                                         _/s/ Jeffrey R.A. Edwards_____
                                         JEFFREY R. A. EDWARDS
                                         Attorneys for Plaintiffs


Dated: March 29, 2013                    **PAUL HASTINGS**


                                         _/s/ Jeffrey Grube_____
                                         JEFFREY GRUBE
                                         Attorney for Defendants

NEW SCHEDULE                                    KHANNA, et al. v. INTER-CON, et al.
                                                Case No. 2:09-cv-02214-KJM-GGH

ii

# ORDER

The Court has carefully reviewed the Settlement Agreement, the Stipulation for Approval of Settlement and the Proposed Order, together with relevant Exhibits. Based upon a review of the record, the representations of the parties, and good cause appearing.

**IT IS ORDERED** that:

Based on the papers submitted by the parties in support of this motion, the Court adopts the following schedule of relevant dates and deadlines:

| | |
|---|---|
| April 20, 2013 (30 days after preliminary approval) | Deadline for Inter-Con to provide Claims Administrator with class data |
| May 20, 2013 (30 days after submission of class data to Claims Administrator) | Deadline for Claims Administrator to mail the Class Notice and Claim Forms to all class members |
| June 19, 2013 (30 days after mailing of Class Notice) | Last day for eligible class members to submit election not to participate in the Settlement |
| June 24, 2013 (No less than 10 days before close of time for class members to submit claims) | Last day for Settlement Administrator to mail a reminder postcard to class members who have not yet submitted claims |
| July 4, 2013 (45 days after mailing of Class Notice) | Last day for class members to submit claims |
| July 3, 2013 (14 days after deadline for submission of the elections to not participate) | Last day for Claims Administrator to the notify the parties of the valid elections not to participate received |
| July 17, 2013 (14 days after the Claims Administrator notifies the parties of the valid elections not to participate received after deadline for submission of the elections to not participate) | Last day for Inter-Con to rescind the Settlement, thus making the Settlement and all actions taken in its furtherance null and void |
| October 2, 2013 (No less than 30 days before the final approval hearing) | Last day for parties to file and serve joint motion for final approval of Settlement, and for Plaintiffs to file request for attorneys' fees, costs, and Class Representative payment |

NEW SCHEDULE

KHANNA, et al. v. INTER-CON, et al.
Case No. 2:09-cv-02214-KJM-GGH

iii

| | |
|---|---|
| October 18, 2013<br><br>(No less than 14 days before the final approval hearing) | Last day for class members to submit written objections to the Class Counsel's request for fees and any notices of intent to appear at the final approval hearing and objections to the Settlement and notices of intent to appear at the final approval hearing |
| October 25, 2013<br><br>(No less than 5 court days prior to the final approval hearing) | Last day for Class Counsel to file with the Court, a declaration by the Claims Administrator that evidences the Claims Administrator's due diligence in the claims administration process and the responses from the class |
| November 1, 2013 | Final approval hearing |
| No later than 30 days after the Settlement Effective Date | Last day for Inter-Con to transfer the settlement funds, including any attorneys' fess and costs and service payment the court may award to the Claims Administrator |
| No later than 60 days after the Settlement Effective Date | Last day for the Claims Administrator to disburse settlement amount due to each class member, and any class representative service payment and/or attorneys' fees the Court may award |

DATED:  April 3, 2013.

_____
UNITED STATES DISTRICT JUDGE

---

NEW SCHEDULE

KHANNA, et al. v. INTER-CON, et al.
Case No. 2:09-cv-02214-KJM-GGH