UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRIYANKA KHANNA, et al.,

Plaintiffs,

v.

INTERCON SECURITY SYSTEMS, INC., et al.,

Defendants.

Civ. No. S-09-2214 KJM EFB

ORDER

This case was on calendar on December 6, 2013 for a hearing on the final approval of the class settlement in this case. Jeffrey Edwards appeared for plaintiffs; E. Jeffrey Grube appeared for defendants. The court directs the parties to provide answers to the following questions within twenty-one days of the date of this order:

1. What is the average recovery for the state law claims based on compensable workweeks?

2. What are the largest and smallest state law claims based on compensable workweeks?

3. How will these figures change when the unclaimed portion of the money set aside for the state law claims is distributed to the claimants?

/////

4. How will the average recovery for the state law claims change when the unclaimed portion is added to the claim?

5. What is the total dollar amount to be paid to claimants for the FLSA violations?

6. What is the amount of the named plaintiff's claim on the state law and FLSA claims? What is her total recovery when the unclaimed portion of the state law money is added to her claim?

IT IS SO ORDERED

DATED: December 10, 2013.

UNITED STATES DISTRICT JUDGE